# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

LUIS R. HILL,
ESTATE OF PATRICIA K. HILL and
HOUSE WINE, LLC,

      Plaintiffs,

v.                                                                   No. 1:26-cv-00889-KG-KK

LINDA M. LOPEZ,
U.S. NEW MEXICO STATE SENATE,
CITY OF ALBUQUERQUE,
BERNALILLO COUNTY,
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF THE TREASURY,

      Defendants.

## FINAL JUDGMENT

     Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion

and Order dismissing Plaintiffs' case,

     **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                  /s/Kenneth J. Gonzales
                  CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.