**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LUIS R. HILL,
ESTATE OF PATRICIA K. HILL and
HOUSE WINE, LLC,

      Plaintiffs,

v.                                                                                   No. 1:26-cv-00889-KG-KK

LINDA M. LOPEZ,
U.S. NEW MEXICO STATE SENATE,
CITY OF ALBUQUERQUE,
BERNALILLO COUNTY,
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF THE TREASURY,

      Defendants.

### ORDER DENYING POST-JUDGMENT PRAECIPE

*Pro se* Plaintiff Luis R. Hill ("Plaintiff Hill") filed this case on behalf of himself and on behalf of the Estate of Patricia K. Hill and House Wine, LLC. *See* Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed March 24, 2026 ("Complaint").

The undersigned dismissed this case and entered Final Judgment. *See* Order of Dismissal, Doc. 7, and Final Judgment, Doc. 8, both filed June 16, 2026.

Plaintiff Hill then filed a motion for relief from judgment which the Court denied. *See* Order, Doc. 14, filed July 7, 2026.

Plaintiff Hill subsequently filed an "Entry of Judgment by Default Against Defendants" which states, among other things, "Judgement by default is entered by Luis R. Hill, Estate of Patricia K. Hill, and House Wine, LLC., Plaintiff(s) Pro Se against the Defendants . . . for their failure to respond within 21 days after service of a Summons" because "the Summons, returned Proof of Service, Original Civil Rights Complaint and Rules of Civil Procedure, etc. supersedes the Memorandum Opinion and Order of Dismissal." Doc. 15, filed July 13, 2026 ("Praecipe").

The Clerk's Office docketed the "Entry of Judgment by Default Against Defendants as a "praecipe" which is a motion seeking an entry of judgment.  *See* Fed. R. Civ. P. 55 (stating a default judgment may be entered by the Clerk or by the Court; it does not allow a litigant to enter a default judgment).

The Court denies the Praecipe because the Court has dismissed this case and entered Final Judgment and has denied Plaintiff Hill's motion for relief from the dismissal and Final Judgment. In addition, Plaintiff has not cited any legal authority that shows a defendant's failure to respond to service "supersedes" an order of dismissal, a final judgment or an order denying relief from an order or judgment.

**IT IS ORDERED** that Plaintiffs' Entry of Judgment by Default Against Defendants, Doc. 15, filed July 13, 2026, is **DENIED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document.  Electronically filed documents can be found on the Court's PACER public access system.