**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

LUIS R. HILL,
ESTATE OF PATRICIA K. HILL and
HOUSE WINE, LLC,

      Plaintiffs,

v.                                            No. 1:26-cv-00889-KG-KK

LINDA M. LOPEZ,
U.S. NEW MEXICO STATE SENATE,
CITY OF ALBUQUERQUE,
BERNALILLO COUNTY,
U.S. DEPARTMENT OF JUSTICE, and
U.S. DEPARTMENT OF THE TREASURY,

      Defendants.

**ORDER DENYING SECOND POST-JUDGMENT MOTION
FOR ENTRY OF DEFAULT JUDGMENT**

*Pro se* Plaintiff Luis R. Hill ("Plaintiff Hill") filed this case on behalf of himself and on behalf of the Estate of Patricia K. Hill and House Wine, LLC. *See* Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed March 24, 2026 ("Complaint"). The undersigned dismissed this case and entered Final Judgment. *See* Order of Dismissal, Doc. 7, and Final Judgment, Doc. 8, both filed June 16, 2026.

Plaintiff Hill then filed a motion for relief from judgment which the Court denied. *See* Order, Doc. 14, filed July 7, 2026.

Plaintiff Hill subsequently filed an "Entry of Judgment by Default Against Defendants." Doc. 15, filed July 13, 2026. The Court characterized Plaintiff's Entry of Judgment by Default as a motion for entry of default judgment. *See* Order Denying Post-Judgment Praecipe, Doc. 16, filed July 16, 2026 (citing Fed. R. Civ. P. 55) (stating a default judgment may be entered by the Clerk or by the Court; it does not allow a litigant to enter a default judgment). The Court denied Plaintiff

Hill's motion for entry of default judgment because the Court previously dismissed this case, entered Final Judgment and denied Plaintiff Hill's motion for relief from the dismissal and Final Judgment. *See* Order Denying Post-Judgment Praecipe at 2.

Plaintiff Hill has filed a second post-judgment motion for entry of default judgment which is now before the Court. *See* Entry of Judgment by Default, Doc. 17, filed July 20, 2026 ("Motion").

The Court denies Plaintiff Hill's second Motion for entry of default judgment because the Court dismissed this case, entered Final Judgment and denied Plaintiff Hill's motion for relief from judgment. This case remains closed.

The Court notifies Plaintiff Hill that if he continues to file documents in this closed case that are not warranted by existing law, the Court may impose monetary and non-monetary sanctions including filing restrictions.

**IT IS ORDERED** that Plaintiffs' Entry of Judgment by Default, Doc. 17, filed July 20, 2026, is **DENIED.**

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

2